NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000387
23-JAN-2019
08:11 AM**

NO. CAAP-18-0000387

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NATIONSTAR MORTGAGE, LLC, Plaintiff-Appellee,
v. DARREN MICHAEL DAYTON, Defendant-Appellee, and
EVELYN CAYABYAB DAYTON, Defendant-Appellant, and
FIA CARD SERVICES, N.A.; CAPITAL ONE BANK (USA), N.A.;
STATE OF HAWAII - DEPARTMENT OF TAXATION; MIDLAND FUNDING
LLC; UNITED STATES OF AMERICA; EWA BY GENTRY COMMUNITY
ASSOCIATION, Defendants-Appellees, and JOHN DOES 1-50;
JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50;
DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-1778)

ORDER APPROVING THE JANUARY 10, 2019
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice, filed January 10, 2019, by Plaintiff-Appellee Nationstar Mortgage, LLC, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, January 23, 2019.

Chief Judge

Associate Judge

Associate Judge

2